UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 12-02099-MMM(PLAx) | Date | April 8, 2013 |
| Title | Billy McCarthy, et al vs Johannesson, et al | | |

Present: The Honorable  MARGARET M. MORROW

| ANEL HUERTA | C. NIRENBERG |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Alleny Hyman | Mark D. Passin |
| Joseph J. Madonia – Telephonic | Brad Newberg |

**Proceedings:** **Defendant Capital Records & EMI's Motion to Dismiss[129]; Defendant Johannesson, Kuykendall, Ream, Sweet Cyanide Music and Sychak's Motion to Dismiss[131]**

The court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, the court grants defendants' motion to dismiss.

Final order to issue.