UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 12-02099-MMM(PLAx) | Date | April 8, 2013 |
| Title | Billy McCarthy, et al vs Johannesson, et al | | |

Present: The Honorable   MARGARET M. MORROW

| ANEL HUERTA | C. NIRENBERG |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Joseph J. Madonia – Telephonic | Mark D. Passin |
| Allen Hymen | Brad Newberg |

**Proceedings:**   [AMENDED] Defendant Capital Records and EMI's Motion to Dismiss[129]; Defendant Johannesson, Kukendall, Ream, Sweet Cyanide Music and Sychak's Motion to Dismiss[131]

    The court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, the court takes the motions under submission.