Brad R. Newberg (*pro hac vice*)
bnewberg@reedsmith.com
REED SMITH LLP
3110 Fairview Park Dr., Ste. 1400
Falls Church, VA 22042
Tel:  (703) 641-4200
Fax: (703) 641-4340

Kathyleen A. O'Brien (SBN 94218)
kobrien@reedsmith.com
Dominique H. Pietz (SBN 260716)
dpietz@reedsmith.com
REED SMITH LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, CA  90067
Telephone:   (310) 734-5200
Facsimile:    (310) 734-5299

Attorneys for Defendants
CAPITOL RECORDS, LLC and EMI
MUSIC MARKETING (a DBA of
Capitol Records, LLC)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BILLY MCCARTHY, ET AL., <br><br>     Plaintiffs, <br><br>  vs. <br><br> BRUCE ANTHONY JOHANNESSON, ET AL. <br><br>     Defendants. | Case No.: 2:12-cv-02099-MMM (PLAx) <br><br> **[PROPOSED] ORDER APPROVING STIPULATION RE PROTECTIVE ORDER GOVERNING THE USE AND DISCLOSURE OF CONFIDENTIAL INFORMATION** <br><br> [Discovery Document: Referred to Magistrate Judge Paul L. Abrams] |

Having considered the Stipulated Protective Order submitted by the parties on or about April **10**, 2013, and good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulated Protective Order is approved and shall govern the production and disclosure of confidential documents and information in this action.

DATED:  April 10, 2013

_____
Honorable Paul L. Abrams
United States Magistrate Judge