```
 1  ALLEN HYMAN, ESQ. (CBN: 73371)
    LAW OFFICES OF ALLEN HYMAN
 2  10737 Riverside Drive
    North Hollywood, California  91602
 3  P: (818) 763-6289 or (323) 877-3405
    F: (818) 763-4676
 4  E-mail: lawoffah@aol.com
 5
    Attorneys for Plaintiff
 6  JAMES STONICH
 7
```

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY McCARTHY, an individual, and JAMES STONICH, an individual, Plaintiffs, v. BRUCE ANTHONY JOHANNESSON (p/k/a C.C. DeVILLE), an individual, BRET MICHAEL SYCHAK (p/k/a BRET MICHAELS), an individual, ROBERT HARRY KUYKENDALL (p/k/a BOBBY DALL), an individual, RICHARD ALLAN REAM (p/k/a RIKKI ROCKETT), an individual, SWEET CYANIDE MUSIC, INC., a California corporation, CAPITOL RECORDS, LLC, a Delaware Limited Liability company, and EMI MUSIC MARKETING, a business organization, form unknown, Defendants. | CASE NO. CV 12-2099 MMM (PLAx)<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW SPONSORSHIP OF JOSEPH MADONIA ADMITTED PRO HAC VICE TO THE BAR OF THE CENTRAL DISTRICT**<br><br>**DATE:** July 1, 2013<br>**TIME:** 10:00 A.M.<br>**PLACE:** Before the Honorable Margaret M. Morrow U.S. District Court Judge Presiding |

Allen Hyman provides notice to Joseph Madonia, that on July 1, 2013 at 10:00 A.M., or as soon thereafter as this matter may be heard, that attorney Allen Hyman withdraws his sponsorship of Joseph Madonia to appear Pro HAc Vice before the Central District of California.

1

**NOTICE OF MOTION AND MOTION TO WITHDRAW SPONSORSHIP**

S:\Shared Data\PC7\McCARTHY-MADONIA\NTC_MOT_MADONIA and COS.wpd

The Motion is and will be based upon the declarations of: (1) James Stonich; (2) Carrie Blankenheim; and (3) Allen Hyman, and upon the Memorandum of Points and Authorities attached to this Notice of Motion.

                                      Respectfully submitted,

DATED: April 24, 2013        By: /s/ Allen Hyman
                                     Allen Hyman, Esq.
                                     LAW OFFICES OF ALLEN HYMAN
                                     Attorneys for Plaintiff
                                     JAMES STONICH

**NOTICE OF MOTION AND MOTION TO WITHDRAW SPONSORSHIP**

S:\Shared Data\PC7\McCARTHY-MADONIA\NTC_MOT_MADONIA and COS.wpd

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **NOTICE OF MOTION AND MOTION TO WITHDRAW SPONSORSHIP OF JOSEPH MADONIA ADMITTED PRO HAC VICE TO THE BAR OF THE CENTRAL DISTRICT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO WITHDRAW SPONSORSHIP OF JOSEPH MADONIA TO BE ADMITTED PRO HAC VICE TO THE CENTRAL DISTRICT OF CALIFORNIA** with the Clerk of the Court for the United States District Court for the Central District of California by using the Court's CM/ECF system on April 24, 2013. I certify that all participants required to be served in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

Executed on April 24, 2013, at North Hollywood, California.

/S/ Allen Hyman

Allen Hyman, Esq.