1  ALLEN HYMAN, ESQ. (CBN: 73371)
   LAW OFFICES OF ALLEN HYMAN
2  10737 Riverside Drive
   North Hollywood, California  91602
3  P: (818) 763-6289 or (323) 877-3405
   F: (818) 763-4676
4  E-mail: lawoffah@aol.com

5

   Attorneys for Plaintiff,
6  JAMES STONICH

7

8
                   **UNITED STATES DISTRICT COURT**
9
             **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
10

11 BILLY McCARTHY, an individual,  )  CASE NO. CV 12-2099 MMM (PLAx)
   and JAMES STONICH, an individual,)
12                                 )  **DECLARATION OF ALLEN HYMAN IN**
                   Plaintiffs,     )  **SUPPORT OF MOTION TO BE**
13                                 )  **RELIEVED AS COUNSEL FOR BILLY**
   v.                              )  **MCCARTHY AND IN SUPPORT OF**
14                                 )  **WITHDRAWING SPONSORSHIP OF**
   BRUCE ANTHONY JOHANNESSON (p/k/a )  **JOSEPH MADONIA AS PRO HAC VICE**
15 C.C. DeVILLE), an individual,   )  **TO THE CENTRAL DISTRICT OF**
   BRET MICHAEL SYCHAK (p/k/a BRET )  **CALIFORNIA**
16 MICHAELS), an individual, ROBERT )
   HARRY KUYKENDALL (p/k/a BOBBY   )  **DATE:      July 1, 2013**
17 DALL), an individual, RICHARD   )  **TIME:      10:00 A.M.**
   ALLAN REAM (p/k/a RIKKI ROCKETT),)  **PLACE:     Before the Honorable**
18 an individual, SWEET CYANIDE    )             **Margaret M. Morrow**
   MUSIC, INC., a California       )             **U.S. District Court**
19 corporation, CAPITOL RECORDS,   )             **Judge Presiding**
   LLC, a Delaware Limited Liability)
20 company, and EMI MUSIC MARKETING,)
   a business organization, form   )
21 unknown,                        )
                                   )
22                 Defendants.     )
                                   )
23 _____ )

24         I, Allen Hyman, declare as follows:

25         1.   I have personal knowledge of the facts set forth in

26 this declaration, and I could and would testify as to these facts

27 if called upon to do so.

28 ///

                               1

                **DECLARATION OF ALLEN HYMAN**
   S:\Shared Data\PC7\McCARTHY-MADONIA\DECAH and COS.wpd

1 **Initial Contact by Joseph Madonia**

2        2.   In May, 2012, I was contacted by Joseph Madonia who

3 stated that he was an attorney who had his office in Chicago,

4 Illinois.

5        3.   Joseph Madonia stated to me that he was attempting

6 to locate counsel in Los Angeles, California, who would represent

7 James Stonich and Billy McCarthy, two (2) composers who had written

8 compositions in the 1980s, that had been infringed by the

9 performing group Poison.

10        4.   Joseph Madonia informed me that there was a present

11 case filed in the District Court in Chicago that had been ordered

12 transferred to the Central District of Los Angeles.

13        5.   Joseph Madonia stated to me that he had previously

14 worked as an attorney in Los Angeles, naming a prominent

15 entertainment law firm to which Joseph Madonia stated he had been

16 employed in Los Angeles.

17 **Sponsoring of Mr. Madonia to Pro Hac Vice**

18 **Admittance to the Central District**

19        6.   Mr. Madonia then asked that I sponsor him to be

20 admitted pro hac vice to the Central District of California.

21        7.   I attach as Exhibit No. 1, the June 19, 2012

22 Application of Joseph Madonia to appear Pro Hac Vice (#84) in which

23 I am designated on page 2 and sign on page 2.

24        8.   I attach as Exhibit No. 2, the June 20, 2012 Court

25 Order (#86) granting Mr. Madonia's Application of Non-Resident

26 Attorney to Appear in a Specific Case.

27        9.   Mr. Madonia did not inform me that contrary to his

28 statements to me that he had not worked as an attorney in Los

2

**DECLARATION OF ALLEN HYMAN**

S:\Shared Data\PC7\McCARTHY-MADONIA\DECAH and COS.wpd

1 | Angeles at a prominent law firm or any law firm.

2 |       10.  I came to realize afterwards, that Mr. Madonia had

3 | no knowledge of federal procedure or the local rules of the Central

4 | District.

5 | **Recording of Telephone Conversations**

6 |       11.  In March, 2013, I became aware that Joseph Madonia

7 | had recorded telephone conversations of me, and of other attorneys,

8 | and had recorded the telephone conference of counsel in preparation

9 | of the early meeting joint status report.

10 |       12.  Upon such information, I contacted Mr. Madonia and

11 | informed him that I have to withdraw my sponsorship of Mr.

12 | Madonia's Pro Hac Vice admission to the Central District.

13 |       I declare under penalty of perjury that the foregoing is

14 | true and correct and that this declaration was executed in North

15 | Hollywood, California on April 24, 2013.

16

17 |                 /s/ Allen Hyman
                  Allen Hyman

18

19

20

21

22

23

24

25

26

27

28

3

**DECLARATION OF ALLEN HYMAN**

S:\Shared Data\PC7\McCARTHY-MADONIA\DECAH and COS.wpd

1 | **CERTIFICATE OF SERVICE**

2       I hereby certify that I electronically filed the

3 foregoing **DECLARATION OF ALLEN HYMAN IN SUPPORT OF MOTION TO BE**

4 **RELIEVED AS COUNSEL FOR BILLY MCCARTHY AND IN SUPPORT OF**

5 **WITHDRAWING SPONSORSHIP OF JOSEPH MADONIA AS PRO HAC VICE TO THE**

6 **CENTRAL DISTRICT OF CALIFORNIA** with the Clerk of the Court for the

7 United States District Court for the Central District of California

8 by using the Court's CM/ECF system on April 24, 2013.  I certify

9 that all participants required to be served in the case are

10 registered CM/ECF users and that service will be accomplished by

11 the Court's CM/ECF system.

12       Executed on April 24, 2013, at North Hollywood,

13 California.

14                  /S/ Allen Hyman
                   Allen Hyman, Esq.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

4

**DECLARATION OF ALLEN HYMAN**

S:\Shared Data\PC7\McCARTHY-MADONIA\DECAH and COS.wpd