1  ALLEN HYMAN, ESQ. (CBN: 73371)
   LAW OFFICES OF ALLEN HYMAN
2  10737 Riverside Drive
   North Hollywood, California  91602
3  P: (818) 763-6289 or (323) 877-3405
   F: (818) 763-4676
4  E-mail: lawoffah@aol.com

5

   Attorneys for Plaintiff,
6  JAMES STONICH

7

8                    **UNITED STATES DISTRICT COURT**

9            **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

11  BILLY McCARTHY, an individual,   )   CASE NO. CV 12-2099 MMM (PLAx)
    and JAMES STONICH, an individual,)
12                                    )   **DECLARATION OF JAMES STONICH**
                     Plaintiffs,     )   **AS TO MATTERS REGARDING**
13                                    )   **ATTORNEY JOSEPH MADONIA**
    v.                                )
14                                    )   **DATE:   July 1, 2013**
    BRUCE ANTHONY JOHANNESSON (p/k/a )   **TIME:   10:00 A.M.**
15  C.C. DeVILLE), an individual,    )   **PLACE:  Before the Honorable**
    BRET MICHAEL SYCHAK (p/k/a BRET  )   **         Margaret M. Morrow**
16  MICHAELS), an individual, ROBERT )   **         U.S. District Court**
    HARRY KUYKENDALL (p/k/a BOBBY    )   **         Judge Presiding**
17  DALL), an individual, RICHARD    )
    ALLAN REAM (p/k/a RIKKI ROCKETT),)
18  an individual, SWEET CYANIDE     )
    MUSIC, INC., a California        )
19  corporation, CAPITOL RECORDS,    )
    LLC, a Delaware Limited Liability)
20  company, and EMI MUSIC MARKETING,)
    a business organization, form    )
21  unknown,                         )
                                     )
22                   Defendants.     )
    ─────────────────────────────────)

23

24         I, James Stonich, declare as follows:

25         1.   I have personal knowledge of the facts set forth in

26  this declaration, and I could and would testify as to these facts

27  if called upon to do so.

28  ///

                                    1
                    **DECLARATION OF JAMES STONICH**
S:\Shared Data\PC7\McCARTHY-MADONIA\DEC_STONICH5 and COS.wpd

2.   In September, 2011, Chicago attorney Daniel Voelker contacted me and asked to meet with me in Los Angeles, California. Daniel Voelker informed me that he was representing Billy McCarthy with regard to Billy McCarthy's claims against Poison.

3.   In September, 2011, Daniel Voelker arrived in Los Angeles and met with me.  Thereafter, Daniel Voelker represented me in filing an action in Chicago on behalf of Billy McCarthy and myself.

4.   In November and December, 2012, after Daniel Voelker had filed the lawsuit, Billy McCarthy stated to me that he wanted to have a second attorney, Joseph Madonia, assist on the case.

### Retaining Joseph Madonia

5.   As of late, 2011, I had never met with or knew of Joseph Madonia.

6.   In late 2011, Billy McCarthy stated to me that Joseph Madonia was a very good lawyer, that Joseph Madonia had represented Billy McCarthy many times in the past, and that Joseph Madonia was a very close friend of Billy McCarthy.

7.   After Billy McCarthy's statements to me, in January, and early February, 2012, Joseph Madonia called me on two or more occasions.  In those conversations, Joseph Madonia stated to me that:

(a)  he "...had looked at Mr. Voelker's briefs and that there were lots of flaws and inapplicable case references;"

(b)  he had "...represented Billy McCarthy on many matters, and that he was very knowledgeable in matters concerning copyright litigation;"

2

**DECLARATION OF JAMES STONICH**

1        (c)  "... the case was likely to be transferred to

2   Los Angeles and that (he) knew all of the Hollywood A list

3   lawyers...;

4        (d)  he ".... had worked as an attorney in Los

5   Angeles for eight years for a very prominent Los Angeles

6   entertainment lawyer, a Mr. Weinstein, who was Joseph Madonia's

7   mentor...;"

8        (e)  he had "...been involved in many copyright and

9   entertainment law cases...;" and

10        (f)  he repeated that the case would likely be

11   transferred to Los Angeles, that he would have valuable connections

12   in Los Angeles to assist on the case.

13        8.   In February, 2012, Billy McCarthy stated he did not

14   have any funds to hire Joseph Madonia.  Billy McCarthy asked me to

15   advance $5,000.00 to Joseph Madonia with Billy McCarthy stating to

16   me that it would make a vast difference in the case.

17        9.   In February, 2012, I signed an hourly retainer

18   agreement with Joseph Madonia and on February 22, 2012, I paid

19   Joseph Madonia $5,000.00.

20                **Joseph Madonia's Direction to Use**

21                **Gordon Chang's E-mail Address**

22        10.   In February, 2012, I stated to Joseph Madonia that

23   I had a business attorney, Gordon Chang, at Baker & McKenzie who

24   had reviewed some of the documents in the case.

25        11.   In late February and early March, 2012, Joseph

26   Madonia stated to me that Daniel Voelker would not communicate with

27   him.  Joseph Madonia stated to me that Joseph Madonia had made

28   comments on a Daniel Voelker draft document that Daniel Voelker had

---

3

**DECLARATION OF JAMES STONICH**

1   sent to Billy McCarthy to which Billy McCarthy had provided to
2   Joseph Madonia.

3        12.   On March 5, 2012, Joseph Madonia asked that I
4   forward an e-mail to Daniel Voelker's office which would appear
5   that I was forwarding an e-mail received by me from my business
6   attorney Gordon Chang, at "GC@bakermckenzie.com,", with comments on
7   Daniel Voelker's draft which in fact was an e-mail sent to me with
8   Joseph Madonia's comments.

9        13.   I attach as Exhibit No. 1, a cover e-mail dated
10  March 5, 2012 from me to Jeffrey Dorman, at 1:35 P.M., which
11  appears to be a forwarded document from Gordon Chang at 1:16 P.M.,
12  in which Joseph Madonia directed that I forward to Jeffrey Dorman,
13  with Joseph Madonia's comments with Gordon Chang's e-mail address.

14       14.   I attach as Exhibit No. 2, the first page of the
15  document provided to me by Joseph Madonia to forward to Jeffrey
16  Dorman which states in Joseph Madonia's handwriting "Gordon-Final
17  Proofing Comments Included JM 3/5/12/."

18              **Joseph Madonia Coordinating the Hiring**

19                 **of a Lawyer in Los Angeles**

20       15.   In March, 2012, the Chicago Court ordered the case
21  transferred to Los Angeles.

22       16.   In March, 2012, Joseph Madonia again stated to me
23  that he had worked as an entertainment attorney in Los Angeles, and
24  knew the top Los Angeles entertainment litigation attorneys.

25       17.   In March and April, 2012, Joseph Madonia stated he
26  would interview Los Angeles attorneys, coordinate the case, and act
27  as an interface between me and Billy McCarthy, and the attorneys in
28  Los Angeles who would litigate the case.

---

4

**DECLARATION OF JAMES STONICH**

1      18.  In May, 2012, Joseph Madonia stated to me that he

2  was interviewing attorneys in Los Angeles, among them: (a) Owen J.

3  Sloan and other attorneys at his firm Leon Gladstone; (b) others

4  attorneys including a Mr. King; and (c) Allen Hyman.

5      **Joseph Madonia Playing for Me and Billy McCarthy**

6      **Telephone Calls of Communications Joseph Madonia**

7      **Had with Attorneys in Los Angeles**

8      19.  In May and June, 2012, I received three or four

9  phone calls from Joseph Madonia where Joseph Madonia played to me

10 and my wife on our speaker phone, what Joseph Madonia identified as

11 tapes of telephone conversations that Joseph Madonia stated he had

12 made of his conversations with attorneys in Los Angeles.

13     20.  Prior to playing these telephone calls, Joseph

14 Madonia stated to me that these telephone calls demonstrated Joseph

15 Madonia's value in that he had been able to contact the best

16 attorneys, and had obtained their comments would indicate the value

17 of the case.

18     21.  In May and June, when Joseph Madonia played these

19 tape recorded conversations for me and my wife, he directed that I

20 not disclose these conversations or the fact that Joseph Madonia

21 had undertaken to record telephone conversations.  I recall that

22 Billy McCarthy was on the phone when Joseph Madonia played certain

23 of these taped telephone conversations.

24     (a)  The first recorded call was between Joseph

25 Madonia and Mr. King of about five minutes.  The recording

26 identified discussions between Joseph Madonia and Mr. King and

27 another associate where they discussed the case.  Mr. King stated

28 that: "...I don't have time right now to pick this up..., and let

**DECLARATION OF JAMES STONICH**

S:\Shared Data\PC7\McCARTHY-MADONIA\DEC_STONICH5 and COS.wpd

1  me give you the name of some people who could handle this case..."

2  When Joseph Madonia shut off the tape, Joseph Madonia stated "See

3  Jimmy, I am talking with A list attorneys here in Los Angeles, and

4  they are recommending people to me and I am doing exactly what I

5  told you I would do."

6       (b)   Joseph Madonia then played for me and my wife,

7  another conversation between Joseph Madonia and Owen J. Sloan,

8  where again Joseph Madonia was discussing the case with an Owen J.

9  Sloan.

10       (c)   The next telephone conversation played for me

11  was between Joseph Madonia and a Mr. Gladstone, a partner of Owen

12  J. Sloan, which was lengthy, where Joseph Madonia was discussing

13  the fee structure Joseph Madonia was attempting to arrange with Mr.

14  Gladstone.  Mr. Gladstone stated that Poison was sued for copyright

15  Infringement by "Easy Action... and they settled," and Mr.

16  Gladstone stated, he doesn't see why we could not get a large

17  settlement as well.  Joseph Madonia stated afterward, "see I am

18  doing this for you."

19       **September or Early October, 2012, Recording**

20       **of the Status Conference Conversation**

21       22.  In late September or early October, 2012, Joseph

22  Madonia then played for me on my speaker phone, at home with my

23  wife listening and Billy McCarthy listening on a separate line, a

24  telephone conversation Joseph Madonia stated he had recorded of a

25  status conference where all the attorneys were on the phone: Joseph

26  Madonia, Allen Hyman, Mark Passin, and other attorneys.

27       23.  During Joseph Madonia's playing of the telephone

28  conversation, I recall Joseph Madonia stating to Billy McCarthy "be

6

**DECLARATION OF JAMES STONICH**

1  quiet it gets better." I recall statements made in what Joseph

2  Madonia played for me and Billy McCarthy as the status conference

3  telephone call as follows:

4      (a)  Joseph Madonia stated he used work at an

5  office in Los Angeles, and mentioned attorneys he worked with and

6  knew in Los Angeles.

7      (b)  There were discussions about Mark Passin's

8  health and medical procedures.

9

10     (c)  I recall Mark Passin asking Allen Hyman and

11  Joseph Madonia if they had hired a musicologist.

12     (d)  I recall Joseph Madonia making comments about

13  settlement.

14  24.  Joseph Madonia stated to me in late 2012, he wanted

15  me and Billy McCarthy to hear the status conference telephone

16  conversation on two or three additional occasions which he replayed

17  for us.

18      I declare under penalty of perjury that the foregoing is

19  true and correct and that this declaration was executed in

20  Calabasas, California on April 24, 2013.

21

22  
    James Stonich

23

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I electronically filed the foregoing **DECLARATION OF JAMES STONICH AS TO MATTERS REGARDING ATTORNEY JOSEPH MADONIA** with the Clerk of the Court for the United States District Court for the Central District of California by using the Court's CM/ECF system on April 24, 2013. I certify that all participants required to be served in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

Executed on April 24, 2013, at North Hollywood, California.

<u>/S/ Allen Hyman</u>
Allen Hyman, Esq.

8

**DECLARATION OF JAMES STONICH**