```
ALLEN HYMAN, ESQ. (CBN: 73371)
LAW OFFICES OF ALLEN HYMAN
10737 Riverside Drive
North Hollywood, California  91602
P: (818) 763-6289 or (323) 877-3405
F: (818) 763-4676
E-mail: lawoffah@aol.com


Attorneys for Plaintiff
JAMES STONICH
```

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY McCARTHY, an individual, and JAMES STONICH, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> BRUCE ANTHONY JOHANNESSON (p/k/a C.C. DeVILLE), an individual, BRET MICHAEL SYCHAK (p/k/a BRET MICHAELS), an individual, ROBERT HARRY KUYKENDALL (p/k/a BOBBY DALL), an individual, RICHARD ALLAN REAM (p/k/a RIKKI ROCKETT), an individual, SWEET CYANIDE MUSIC, INC., a California corporation, CAPITOL RECORDS, LLC, a Delaware Limited Liability company, and EMI MUSIC MARKETING, a business organization, form unknown, <br><br> Defendants. | CASE NO. CV 12-2099 MMM (PLAx) <br><br> **DECLARATION OF CARRIE BLANKENHEIM AS TO MATTERS REGARDING ATTORNEY JOSEPH MADONIA** <br><br> **DATE:    July 1, 2013** <br> **TIME:    10:00 A.M.** <br> **PLACE:   Before the Honorable Margaret M. Morrow U.S. District Court Judge Presiding** |

I, Carrie Blankenheim, declare as follows:

1. I have personal knowledge of the facts set forth in this declaration, and I could and would testify as to these facts if called upon to do so.

///

1

**DECLARATION OF CARRIE BLANKENHEIM**

2. I am fifty-four years of age. I attended Pace University in New York, where I graduated in 1980 with a B.A. in Business, Accounting and Finance.

3. I became licensed as a CPA by the State of New York in 1983.

4. From 1981-1984, I worked for the CPA firm of Oppenheim, Appel, Dixon & Company.

5. I was then employed as an executive by W. R. Grace until 1990.

6. I am presently CFO of Classic Party Rentals, the largest privately held party rental company in the U.S.

7. I am the wife of James Stonich. We were married on December 22, 1990, and we have been continuously married since that time.

**Conversations Interviewing Attorneys**

8. In May and/or June, 2012, I happened to overhear on the speaker phone at our home, a phone call from Joseph Madonia to James Stonich where Joseph Madonia played on the speaker phone, a phone call Joseph Madonia stated he had recorded with attorneys in Los Angeles.

9. I happened to be in the same room and happened to overhear Joseph Madonia's conversation on the speaker phone.

10. Joseph Madonia stated he was replaying a telephone conversation he had recorded between himself and attorneys in Los Angeles named Owen Sloan, and Owen Sloan's partner, a Mr. Gladstone.

   (a) In the replayed telephone call, Joseph Madonia was talking to an Owen Sloan and was attempting to interest Owen

2

**DECLARATION OF CARRIE BLANKENHEIM**

1  Sloan in the case and was attempting to structure a fee agreement.
2              (b)   I recall a person named Owen Sloan stating he
3  was interested in the case and that he would get back in touch with
4  Joseph Madonia.
5              (c)   After Joseph Madonia played the telephone
6  conversation, Joseph Madonia stated that "it looks like we may be
7  able to work out a deal structure with them."
8         11.   At the conclusion of Joseph Madonia playing the
9  telephone conversation, Joseph Madonia stated on the phone that
10 "you are not to tell anyone about these calls."
11        12.   In late September or early October, 2012, I then
12 heard on the home speaker phone, a telephone conversation Joseph
13 Madonia stated he had recorded of a status conference with the
14 attorneys on the phone including: Joseph Madonia, Allen Hyman, Mark
15 Passin, and other attorneys.
16        13.   When playing the recorded telephone call, Joseph
17 Madonia stated that he had Billy McCarthy on a separate line to
18 listen to the recorded status conference.
19        14.   During Joseph Madonia's playing of the
20 September/October 2012 status conference telephone conversation, I
21 recall Joseph Madonia stating to Billy McCarthy "be quiet it gets
22 better."  I further recall statements made in the telephone
23 conversations including:
24              (a)   Discussions about Mark Passin's health and
25 medical procedures;
26              (b)   Mark Passin asking Allen Hyman and Joseph
27 Madonia if they had hired a musicologist; and
28 ///

3

**DECLARATION OF CARRIE BLANKENHEIM**
S:\Shared Data\PC7\McCARTHY-MADONIA\DEC_BLANKENHEIM and COS.wpd

```
 1                    (c)   Joseph Madonia making comments about
 2    settlement.
 3              I declare under penalty of perjury that the foregoing is
 4    true and correct and that this declaration was executed in
 5    ~~Calabasas~~, California on March 27, 2013.
 6    Inglewood
      CRB
 7                              _____
                                      Carrie Blankenheim
 8
```

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **DECLARATION OF CARRIE BLANKENHEIM AS TO MATTERS REGARDING ATTORNEY JOSEPH MADONIA** with the Clerk of the Court for the United States District Court for the Central District of California by using the Court's CM/ECF system on April 24, 2013. I certify that all participants required to be served in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

Executed on April 24, 2013, at North Hollywood, California.

/S/ Allen Hyman
Allen Hyman, Esq.

---

5

**DECLARATION OF CARRIE BLANKENHEIM**

S:\Shared Data\PC7\McCARTHY-MADONIA\DEC_BLANKENHEIM and COS.wpd