```
1  ALLEN HYMAN, ESQ. (CBN: 73371)
   LAW OFFICES OF ALLEN HYMAN
2  10737 Riverside Drive
   North Hollywood, California  91602
3  P: (818) 763-6289 or (323) 877-3405
   F: (818) 763-4676
4  E-mail: lawoffah@aol.com

5

   Attorneys for Plaintiffs,
6  BILLY McCARTHY and JAMES STONICH
```

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BILLY McCARTHY, an individual, and JAMES STONICH, an individual,<br><br>  Plaintiffs,<br><br>v.<br><br>BRUCE ANTHONY JOHANNESSON (p/k/a C.C. DeVILLE), an individual, BRET MICHAEL SYCHAK (p/k/a BRET MICHAELS), an individual, ROBERT HARRY KUYKENDALL (p/k/a BOBBY DALL), an individual, RICHARD ALLAN REAM (p/k/a RIKKI ROCKETT), an individual, SWEET CYANIDE MUSIC, INC., a California corporation, CAPITOL RECORDS, LLC, a Delaware Limited Liability company, and EMI MUSIC MARKETING, a business organization, form unknown,<br><br>  Defendants. | CASE NO. CV 12-2099 MMM (PLAx)<br><br>**DECLARATION OF ALLEN HYMAN IN OPPOSITION TO EX PARTE APPLICATION**<br><br>**Before the Honorable Margaret M. Morrow U.S. District Court Judge Presiding**<br><br>**(Or Before the Honorable Paul L. Abrams, Magistrate Judge Presiding)** |

I, Allen Hyman, declare as follows:

1. I have personal knowledge of the facts set forth in this declaration, and I could and would testify as to these facts if called upon to do so.

///

1

**DECLARATION OF ALLEN HYMAN**

S:\Shared Data\PC7\McCARTHY-MADONIA\DECAH_OPP_EX_PARTE and COS.wpd

**Request For Substitution Of Joseph Madonia**

2. I was and am aware that on January 18, 2013, James Stonich had sent to Joseph Madonia a Request for Substitution (Ex. No. 1 to Dec., of Stonich).

3. As of February, 2013, I had also attempted to obtain substitutions of counsel from Joseph Madonia. As of February, 2013, Joseph Madonia and Billy McCarthy had retained attorneys to represent each of them in communications with me.

4. During early February, 2013, I had received continued assurances from attorneys representing both Billy McCarthy and Joseph Madonia that Billy McCarthy and Joseph Madonia would execute substitutions where Joseph Madonia would no longer represent James Stonich and I would no longer represent Billy McCarthy.

5. On February 25, 2013, I sent to Joseph Madonia, Billy McCarthy and their attorneys a further request that substitutions be executed, which cover e-mail I attach as Exhibit No. 1, where I state:

> Here is the substitution as to Stonich. You have until 12:00 noon Wednesday to provide these documents signed to me office. There will be no further delay.

6. As stated, though these substitutions were initially provided in January, 2013, and again in February, 2013, it was on March 8, 2013, that I received the substitutions, where Billy McCarthy executed a substitution relieving this office of representation of Billy McCarthy (Ex. No. 2 (#142)) and where Mr. Madonia withdrew as Mr. Stonich's counsel (Ex. No. 3 (#143)).

///

2

**DECLARATION OF ALLEN HYMAN**

S:\Shared Data\PC7\McCARTHY-MADONIA\DECAH_OPP_EX_PARTE and COS.wpd

7. On March 12, 2013, the Court approved the two (2) substitutions (Orders, Ex. No. 4, (#144) and (#145)).

### Notice of Lien by Joseph Madonia

8. On March 15, 2013, Mr. Passin then informed me that he had received a "Notice of Lien" from Mr. Madonia in the amount of $169,000.00 and on March 15, 2013, Mr. Passin provided to this office a copy of the Mr. Madonia March 15, 2013 e-mail (Ex. No. 5) and Mr. Madonia's Notice of Lien (Ex. No. 6).

9. Mr. Passin on March 15, 2013, states (Ex. No. 5):
> This e-mail and the attachment was served on us last Friday.

10. The "NOTICE OF ATTORNEY'S LIEN," by Mr. Madonia (Ex. No. 6) identifies an amount of $169,525.58 (Ex. No. 6).

11. Mr. Madonia had not sent the "Notice of Lien" document to this office.

12. Mr. Madonia was not counsel of record in the case before the District Court in Chicago and had performed very little, if any, work with regard to the filings before this Court after the case was transferred to the Central District.

### Motion as to Joseph Madonia

13. On April 24, 2013 (Notice (#165) is attached as Exhibit No. 7), this office filed a Motion to Withdraw Sponsorship of Joseph Madonia's Pro Hac Vice Status which motion asserts illegal conduct by Mr. Madonia.

### Depositions

14. The deposition of Billy McCarthy was taken during the second week of April, 2013.

///

3

**DECLARATION OF ALLEN HYMAN**
S:\Shared Data\PC7\McCARTHY-MADONIA\DECAH_OPP_EX_PARTE and COS.wpd

15. The parties had scheduled the depositions of STONICH for Wednesday, April 24, 2013, and Ned Babb for April 25, 2013, at Mr. Passin's office and had scheduled defendant Bruce Johannesson deposition for April 30, 2013, and Bobby Dall for May 1, 2013 both at my office.

16. James Stonich, though being very ill, did appear for his deposition on Wednesday, April 24, 2013, for approximately two and one half (2 ½) hours.

17. Ned Babb flew from Chicago and appeared at Mr. Passin's office on Thursday, April 25, 2013, which deposition lasted seven (7) hours.

**Subpoenas of Bruce Johannesson and Bobby Dall to Appear for Their Depositions as Agreed upon and as Subpoenaed**

18. Attached as Exhibit No. 8, is a Deposition Subpoena served on Bruce Johannesson to appear at my office on April 30, 2013 at 10:00 A.M., the date and time agreed by counsel.

19. Attached as Exhibit No. 9, is a Deposition Subpoena served on Robert Harry Kuykendall to appear at my office on May 1, 2013 at 10:00 A.M., the date and time agreed by counsel.

20. Attached as Exhibit No. 10, is an Friday April 26, 2013 e-mail from Mr. Passin stating that:

> In the meantime, please be advised we will be appearing at your office next week for the following depositions:
>
> April 30  10:00 a.m.   Bruce Johannesson
>
> May 1   10:00 a.m.    Bobby Dall
>
> May 2   10:00 a.m.    Rikki Rockett

///

4

**DECLARATION OF ALLEN HYMAN**
S:\Shared Data\PC7\McCARTHY-MADONIA\DECAH_OPP_EX_PARTE and COS.wpd

1    21.  Mr. Passin also states (Ex. No. 10) as to James Stonich who was ill and had to adjourn his deposition on April 24, 2013:

> As for the deposition of Mr. Stonich, we will be moving for sanctions, including, but not limited to, seeking that he be barred from testifying at trial or submitting a declaration in opposition to any motions for summary judgment.

22.  On Monday, April 29, 2013, I received a further e-mail (Ex. No. 11) from Mr. Passin which states:

> We will see you at your office tomorrow at 10:00 A.M.

23.  As to the deposition of Mr. Johannesson at my office on April 30, 2013, it had been arranged and agreed that both Mr. Madonia and Mr. Newberg were to appear by phone, Mr. Madonia from Chicago and Mr. Newberg from Virginia.

24.  Mr. Madonia located in Chicago, had only appeared by phone (deposition of STONICH and Ned Babb) since the initial deposition of Billy McCarthy.

25.  On Monday evening on April 29, 2013 at 10:55 P.M., I received an e-mail, copied to Mr. Passin and Mr. Newberg from Mr. Madonia that identifies one e-mail sent by Mr. Stonich to Mr. Madonia.  Mr. Madonia states:

> Attached is a redacted pdf copy of one(1) of two (2) expletive-ridden, threatening emails Billy McCarthy and I received this evening from James Stonich.... (Ex. No. 12)

26.  The e-mails referenced by Mr. Madonia's e-mail (Ex. No. 12) are Exhibits No. 13 and the second e-mail is Exhibit No. 14, both redacted and forwarded by Mr. Madonia to Mr. Passin, Mr.

5

**DECLARATION OF ALLEN HYMAN**

Newberg and this office on April 29, 2013.

### Failure to Appear for Their Depositions

27. On Monday, April 29, 2013 at 11:50 P.M. (not reviewed by this counsel until Tuesday April 30, 2013), Mr. Passin then sends an e-mail to this office (Ex. No. 16) and states:

> I just received the below e-mail from Joe Madonia. <u>As a result of Mr. Stonich's threat to Mr. Madonia's life and the apparent reason for that threat, neither Mr. Johannesson nor Mr. Dall will be attending their depositions scheduled for tomorrow and Wednesday at your office</u>. Instead, Defendants will be moving ex parte by the end of the day tomorrow for a protective order seeking, among other things, that Mr. Stonich stay a specified distance away from Defendants and their counsel in this matter. (emphasis added)

28. On Tuesday, April 30, 2013, I called Mr. Passin and requested that Mr. Johannesson appear on Wednesday, May 1, 2013 and stated to Mr. Passin that if there was concern that Mr. Stonich would not be present. Mr. Passin stated he would not allow Mr. Johannesson or any defendant to appear at my office and that neither Mr. Johannesson nor would Mr. Dall appear.

### Receipt of Download from Copyright Office Deposit

29. It was on Sunday, April 28, 2013, that Mr. Passin sent to this office a copy of the deposit for one of the 1981 STONICH registrations (e-mail attached as Ex. No. 17) which I first observed on Monday, April 29, 2013. The deposit provided by Mr. Passin included six (6) recordings and compositions though there are four (4) titles on the deposit.

///

6

**DECLARATION OF ALLEN HYMAN**
S:\Shared Data\PC7\McCARTHY-MADONIA\DECAH_OPP_EX_PARTE and COS.wpd

**The Letters and the Billy McCarthy Book**

30.  I attach as Exhibit No. 17, the two (2) pages of the book "Beat Me 'Til I'm Famous," which had been designated by Mr. Madonia as attorney's eyes only which was "declassified," for purposes of the Ex Parte.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in North Hollywood, California on May 2, 2013.

                      /s/ Allen Hyman
                      Allen Hyman

**DECLARATION OF ALLEN HYMAN**

S:\Shared Data\PC7\McCARTHY-MADONIA\DECAH_OPP_EX_PARTE and COS.wpd


**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **DECLARATION OF ALLEN HYMAN IN OPPOSITION TO EX PARTE APPLICATION** with the Clerk of the Court for the United States District Court for the Central District of California by using the Court's CM/ECF system on May 2, 2013. I certify that all participants required to be served in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

Executed on May 2, 2013, at North Hollywood, California.

<u>/S/ Allen Hyman</u>
Allen Hyman, Esq.

**DECLARATION OF ALLEN HYMAN**

S:\Shared Data\PC7\McCARTHY-MADONIA\DECAH_OPP_EX_PARTE and COS.wpd