# Exhibit No. 17

money?" Mac always asked if I needed money and I always insisted everything was fine so he never sent it. Instead, when I'd visit and leave for the airport, he was always there with two rolled hundreds, "for a drink on the plane," he'd say.

After Mac, I placed a call in to Chip, who I could tell was on his fifth joint of the day. Right off the bat he tells me how surprised he was to see "Doug" (Nicky) back in Chicago.

"I didn't know Nicky was back in Chicago," I said, then proceeded to tell Chip how he tried to fuck us over.

"Yeah, it's a shame," Chip went on, "he told me about all the great things you guys did and now it sounds like he's starting up his own thing with the guitarist from Kix."

*What did I just hear?*

"Yeah," I ignored him. "*Kid Rocker* now has the guitarist from Kix." I said it loud and clear.

"Really?" Chip said. "I just met a guitarist from Kix yesterday."

"*Get out.*" I laughed. "Which guitarist? There's two."

"Ronnie," Chip said. "His hairs are finer than fucking sin. I met him last night— he's living at Doug's, right down the street! *Nice* guy by the way."

*That fucking Doug,* I thought. He wasn't a musician. He *was* Harry fucking Houdini.

I hung up from Chip and dialed Jimmy.

"I'm going over to blow his fucking head off!" Jimmy screamed over the phone. I believed him, but didn't call his parents back to warn them. Sure enough, Jimmy jumped in his car and drove an hour away to the South Side. He pulled into the Douglas's long driveway and saw the Maryland plates on Ronnie's van. He got out, took his father's shotgun, walked up to the Douglas's door, knocked and calmly greeted Doug, who answered.

"Where's my fucking guitar player?"

Ronnie emerged from the shadows, took one look at Jimmy holding the shotgun and fled to his van, where he locked his doors. Within ten minutes Ronnie was following Jimmy to my parents' home less than three miles away. Jimmy phoned me from there and

EXHIBIT 17

PBM001074

said, "You've got a ticket waiting at LAX—get back to Chicago so you can drive back to L.A. with Ronnie in his van."

I flew the red-eye, grabbed some leftover ribs the next day and two days later Ronnie and I hit the road for L.A. I asked Ronnie, *only once*, what in the hell he was thinking—why had he made such a drastic move behind our backs and why with someone like Nicky.

He just shrugged. "I bought into it."

I sensed Ronnie was dazed and confused about his real band Kix back in Maryland. After he and I completed our three-day journey from Chicago to Hollywood, Kid Rocker played the Troubadour and blew the doors down. A week later we signed a contract to partake in the club's *Best of LA's Unsigned Bands* LP, featuring acts like Wasp, Rag Doll, Brooklyn Brats and Ruff Cutt, among others.

But following the gig from the Troubadour, Ronnie came to us with gloomy news.

He wanted a break from Bob and wanted out of L.A. for good. Jimmy didn't reach for the shotgun. We completely understood and respected him for being forthright. We might have spooked him. Ronnie returned to his humble home in Maryland and rejoined Kix, where no doubt he would remain a perfect fit for many years ahead.

Next?

PBM001075