ALLEN HYMAN, ESQ. (CBN: 73371)
LAW OFFICES OF ALLEN HYMAN
10737 Riverside Drive
North Hollywood, California  91602
P: (818) 763-6289 or (323) 877-3405
F: (818) 763-4676
E-mail: lawoffah@aol.com

Attorneys for Plaintiff
JAMES STONICH

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BILLY McCARTHY, an individual, and JAMES STONICH, an individual,<br><br>           Plaintiffs,<br><br>v.<br><br>BRUCE ANTHONY JOHANNESSON (p/k/a C.C. DeVILLE), an individual, BRET MICHAEL SYCHAK (p/k/a BRET MICHAELS), an individual, ROBERT HARRY KUYKENDALL (p/k/a BOBBY DALL), an individual, RICHARD ALLAN REAM (p/k/a RIKKI ROCKETT), an individual, SWEET CYANIDE MUSIC, INC., a California corporation, CAPITOL RECORDS, LLC, a Delaware Limited Liability company, and EMI MUSIC MARKETING, a business organization, form unknown,<br><br>           Defendants. | CASE NO. CV 12-2099 MMM (PLAx)<br><br>**STIPULATION FOR AN ORDER FOR APPOINTMENT OF A REFEREE TO ATTEND AND SUPERVISE DEPOSITIONS** |

1

**STIPULATION FOR APPOINTMENT OF A REFEREE TO ATTEND DEPOSITIONS**

1  The parties to this proceeding by and through their
2 respective counsel represent to the Court and stipulate for an
3 entry of an Order as follows:
4  1. Certain parties may wish to have a referee (a
5 retired Superior Court or Federal Court judge) supervise the
6 party's deposition to insure that the deposition proceeds
7 consistent with the Federal and Local Rules of this Court.
8  2. Without any party suggesting that there has
9 been inappropriate conduct at any deposition to date, the parties
10 stipulate for an Order which provides:
11  (a) That a party to be deposed may select a
12 retired Superior Court or Federal Court judge who is affiliated
13 either with JAMS Endispute, Los Angeles, or ADR, Los Angeles or
14 Century City, to attend and supervise the party's deposition
15  (b) The retired judge will be selected from the
16 lists attached to this Stipulation as Exhibit No. 1 (retired
17 jurists, ADR, Southern California) and Exhibit No. 2 (those persons
18 identified as retired jurists affiliated with JAMS Endispute, Los
19 Angeles and Santa Monica).
20  (c) The party who wishes to have a Referee attend
21 and supervise the deposition will be responsible for the scheduling
22 of the attendance of the Referee, and will be responsible for full
23 payment to the Referee.
24  (d) The inability of a party to timely secure a
25 referee shall not preclude the deposition from proceeding as the
26 parties have scheduled.
27  3. The parties stipulate that the Court may enter
28 the Order attached as Exhibit No. 3, which is consistent with this

2

**STIPULATION FOR APPOINTMENT OF A REFEREE TO ATTEND DEPOSITIONS**
S:\Shared Data\PC7\McCARTHY-MADONIA\STIP_REFEREE and COS.wpd

Stipulation.

Respectfully submitted,

DATED: May 7, 2013        By: /s/ Allen Hyman
                              Allen Hyman, Esq.
                              LAW OFFICES OF ALLEN HYMAN
                              Attorneys for Plaintiff
                              JAMES STONICH

DATED: May 7, 2013        By: /s/
                              Joseph J. Madonia, Esq.
                              Attorney for Plaintiff
                              BILLY MCCARTHY

DATED: May 7, 2013        By: /s/ Dominique Pietz
                              Dominique Pietz, Esq.
                              REED SMITH LLP
                              Attorneys for Defendants
                              CAPITOL RECORDS, LLC and EMI
                              MUSIC MARKETING

DATED: May 7, 2013        By: /s/
                              Mark D. Passin, Esq.
                              ROBINS, KAPLAN,
                              MILLER & CIRESI, LLP
                              Attorneys for Defendants
                              BRUCE ANTHONY JOHANNESSON, BRET
                              MICHAELS, BOBBY DALL, RIKKI
                              ROCKETT, and SWEET CYANIDE
                              MUSIC, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **STIPULATION FOR AN ORDER FOR APPOINTMENT OF A REFEREE TO ATTEND AND SUPERVISE DEPOSITIONS; (PROPOSED) ORDER** with the Clerk of the Court for the United States District Court for the Central District of California by using the Court's CM/ECF system on May 8, 2013. I certify that all participants required to be served in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

Executed on May 8, 2013, at North Hollywood, California.

/S/ Allen Hyman
Allen Hyman, Esq.

4

**STIPULATION FOR APPOINTMENT OF A REFEREE TO ATTEND DEPOSITIONS**
S:\Shared Data\PC7\McCARTHY-MADONIA\STIP_REFEREE and COS.wpd