```
ALLEN HYMAN, ESQ. (CBN: 73371)
LAW OFFICES OF ALLEN HYMAN
10737 Riverside Drive
North Hollywood, California  91602
P: (818) 763-6289 or (323) 877-3405
F: (818) 763-4676
E-mail: lawoffah@aol.com


Attorneys for Plaintiff
JAMES STONICH
```

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY McCARTHY, an individual, and JAMES STONICH, an individual, <br><br>              Plaintiffs, <br><br>v. <br><br>BRUCE ANTHONY JOHANNESSON (p/k/a C.C. DeVILLE), an individual, BRET MICHAEL SYCHAK (p/k/a BRET MICHAELS), an individual, ROBERT HARRY KUYKENDALL (p/k/a BOBBY DALL), an individual, RICHARD ALLAN REAM (p/k/a RIKKI ROCKETT), an individual, SWEET CYANIDE MUSIC, INC., a California corporation, CAPITOL RECORDS, LLC, a Delaware Limited Liability company, and EMI MUSIC MARKETING, a business organization, form unknown, <br><br>              Defendants. | CASE NO. CV 12-2099 MMM (PLAx) <br><br>**REPORT OF SETTLEMENT** <br><br>**(Local Rule 16-15.7)** |

Central District Local Rule 16-15.7 provides that:

> If a settlement is reached, counsel shall (a) immediately report the settlement to the trial judge's courtroom deputy clerk; and (b) timely memorialize the terms of the settlement.

1

**REPORT OF SETTLEMENT**

S:\Shared Data\PC7\McCARTHY-MADONIA\RPT_SETTLE.wpd

Counsel for plaintiff James Stonich respectfully provides this "Report of Settlement."

The parties through their counsel have agreed upon a settlement in principle subject to the finalization and execution of settlement documentation mutually satisfactory to all parties.

Counsel for the parties anticipate that the settlement documentation will be finalized and executed at the most, within fourteen (14) days, and that a stipulation providing for an order of dismissal of all claims will be submitted no later than ten (10) days thereafter or within twenty-four (24) days.

Respectfully submitted,

DATED: May 8, 2013         By: /s/ Allen Hyman
                               Allen Hyman, Esq.
                               LAW OFFICES OF ALLEN HYMAN
                               Attorneys for Plaintiff
                               JAMES STONICH

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **REPORT OF SETTLEMENT** with the Clerk of the Court for the United States District Court for the Central District of California by using the Court's CM/ECF system on May 8, 2013.  I certify that all participants required to be served in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

Executed on May 8, 2013, at North Hollywood, California.

/s/ Allen Hyman
Allen Hyman, Esq.