ALLEN HYMAN, ESQ. (CBN: 73371)
LAW OFFICES OF ALLEN HYMAN
10737 Riverside Drive
North Hollywood, California  91602
P: (818) 763-6289 or (323) 877-3405
F: (818) 763-4676
E-mail: lawoffah@aol.com

Attorneys for Plaintiff
JAMES STONICH

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY McCARTHY, an individual, and JAMES STONICH, an individual, <br><br>Plaintiffs, <br><br>v. <br><br>BRUCE ANTHONY JOHANNESSON (p/k/a C.C. DeVILLE), an individual, BRET MICHAEL SYCHAK (p/k/a BRET MICHAELS), an individual, ROBERT HARRY KUYKENDALL (p/k/a BOBBY DALL), an individual, RICHARD ALLAN REAM (p/k/a RIKKI ROCKETT), an individual, SWEET CYANIDE MUSIC, INC., a California corporation, CAPITOL RECORDS, LLC, a Delaware Limited Liability company, and EMI MUSIC MARKETING, a business organization, form unknown, <br><br>Defendants. | CASE NO. CV 12-2099 MMM (PLAx) <br><br>**REPRESENTATION STATEMENT** |

**REPRESENTATION STATEMENT**

The undersigned represents James Stonich in this matter, and no other party.

Attached as Exhibit A to this statement is a service list that indicates all parties to the action, and identifies their counsel by name, firm, address, and telephone number, and electronic mail address. (F.R.A.P. 12(b); Circuit Rule 3-2(b)).

DATED: May 31, 2013          Respectfully submitted,

                             LAW OFFICES OF ALLEN HYMAN

                        By:  /s/ Allen Hyman, Esq.
                             Allen Hyman, Esq.
                             Attorney for Plaintiff,
                             JAMES STONICH

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **REPRESENTATION STATEMENT** with the Clerk of the Court for the United States District Court for the Central District of California by using the Court's CM/ECF system on May 31, 2013.  I certify that all participants required to be served in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

Executed on May 31, 2013, at North Hollywood, California.


/s/ Allen Hyman
Allen Hyman, Esq.

# Exhibit A

# EXHIBIT A

## SERVICE LIST
Billy McCarthy, et. al. v. Bruce Anthony Johannesson, et. al.
Case No. CV12-02099-MMM (PLAx)

**Attorneys for Defendants, Bruce Anthony Johannesson, Bret Michaels, Bobby Dall, Rikki Rockett, and Sweet Cyanide Music, Inc.:**
Mark D. Passin, Esq.
Mdpassin@rkmc.com
Daniel G. Stone, Esq.
Dgstone@rkmc.com
ROBINS, KAPLAN, MILLER & CIRESI, LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Tel: (310) 552-0130
Fax: (310) 229-5800

**Attorneys for Defendants, Capitol Records, LLC (erroneously sued as Capitol Records, Inc.) and EMI Music Marketing (a DBA of Capitol Records, LLC):**
Brad Newberg, Esq.
bnewberg@reedsmith.com
REED SMITH LLP
3110 Fairview Park Dr.
Suite 1400
Falls Church, VA 22042
Tel: (703) 641-4272
Fax: (703) 641-4340

Dominique H. Pietz, Esq.
dpietz@reedsmith.com
Kathyleen A. O'Brien, Esq.
kobrien@reedsmith.com
REED SMITH LLP
1901 Avenue of the Stars
Suite 700
Los Angles, CA 90067
Tel: (310) 734-5200
Fax: (310) 734-5299

**Attorney for Plaintiff, Billy McCarthy:**
Joseph J. Madonia, Esq.
josephmadonia@gmail.com
JOSEPH J. MADONIA & ASSOCIATES
5757 North Sheridan, Suite 10A
Chicago, Illinois 60660
Tel: (773) 654-5065
Fax: (773)654-5066